# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL WINN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.,*<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-00613-KJD-NJK<br><br>**ORDER EXTENDING STAY** |

This case was referred to the Inmate Early Mediation ("IEM") Program on September 17, 2020. The case was stayed for 90 days to December 16, 2020, to allow Plaintiff and Defendants an opportunity to settle their dispute. Due to the pandemic, the IEM will not be held before the stay expires. The Court now extends the stay until two days after the IEM, currently set for January 15, 2021. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until two days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED: October 16, 2020

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE