UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL WINN,<br>Plaintiff<br>v.<br>JAMES DZURENDA,<br>Defendants | Case No. 2:19-cv-00613-KJD-NJK<br>ORDER |

This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner.[1] On September 17, 2020, the Court issued an order screening Plaintiff's complaint and staying the case so that Plaintiff and the Nevada Department of Corrections Defendants could engage in settlement discussions. (Docket No. 24-26.) The Court also instructed Plaintiff to furnish the U.S. Marshal USM-285 forms with relevant information for the other Defendants within 30 days. (*Id.* at 26-27.)

Plaintiff has filed a motion requesting an extension until November 19, 2020 to furnish the U.S. Marshal with the USM-285 forms. (Docket No. 10.) Plaintiff indicates that his property was taken from him for over a week when he was transferred to Central Arizona Florence Correctional Complex and that, as a result, he was not able to complete the forms by the Court's 30-day deadline. (*Id.* at 2.) The Court grants Plaintiff's motion.

It is therefore ordered that Plaintiff will furnish to the U.S. Marshal the required USM-285 forms with relevant information as to Defendants Warner, Thomas, Hininger, Marr, Loza, Escolata, Torres, and Grijalva on the forms by November 19, 2020.

DATED: November 5, 2020

UNITED STATES MAGISTRATE JUDGE

[1] The Court notes that Plaintiff is currently being housed at Central Arizona Florence Correctional Complex, a private prison facility in Florence Arizona that contracts with the Nevada Department of Corrections to house inmates.