# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MANUEL WINN,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No.: 2:19-cv-00613-KJD-NJK

**ORDER**

Andrew Craner is hereby substituted as the mediator in this case. All other aspects of the orders regarding the inmate early mediation remain unchanged.

IT IS SO ORDERED.

Dated: January 5, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1