# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL WINN,<br><br>                                    Plaintiffs,<br><br>v.<br><br>JAMES DZURENDA, *et al.,*<br><br>                                    Defendants. | NO. 2:19-cv-00613-KJD-NJK<br><br>**ORDER OF DISMISSAL OF CORECIVIC DEFENDANTS WITH PREJUDICE** |

Upon stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation to Dismiss CoreCivic Defendants with Prejudice. The Clerk of Court is directed to dismiss all claims filed in this matter against Defendants CoreCivic, Hininger, Thomas, Marr, Warner, Valenzuela, Loza, Grijalva, and Torres with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 26th day of March, 2021

_____
KENT J. DAWSON, U.S DISTRICT JUDGE