# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUEL WINN,

    Plaintiff(s),

v.

JAMES DZURENDA,

    Defendant(s).

Case No. 2:19-cv-00613-KJD-NJK

**Order**

On March 10, 2022, United States District Judge Kent J. Dawson resolved Defendants' motion for summary judgment. Docket No. 56. The joint proposed pretrial order was due 30 days thereafter. Docket No. 32 at 4; *see also* Local Rule 26-1(b)(5). No joint proposed pretrial order was filed in this case.

The parties are hereby **ORDERED** to file a joint status report, no later than June 6, 2022, identifying the claims that remain in this case.[1] Moreover, no later than June 20, 2022, the parties must file a joint proposed pretrial order.

IT IS SO ORDERED.

Dated: May 9, 2022

 

Nancy J. Koppe
United States Magistrate Judge

---

[1] A preliminary review of the record appears to show that at least some claims remain live. For example, Plaintiff stated a colorable RLUIPA claim against Defendant Meares. Docket No. 2 at 10, 23. That claim does not appear to have been challenged in the motion for summary judgment. Nonetheless, to the extent the parties believe that all claims have been resolved in this case, they may explain that position (with particularity) in the joint status report and/or file appropriate papers to close the case.