# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL WINN,<br>    Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br>    Defendants. | Case No.: 2:19-cv-00613-KJD-NJK<br>**Order**<br>[Docket No. 61] |

On May 9, 2022, the Court ordered the parties to file a joint status report no later than June 6, 2022, and a joint proposed pretrial order no later than June 20, 2022. Docket No. 59. Now pending before the Court is Defendants' motion to extend the deadline to file a joint status report. Docket No. 61. Defendants submit that they have been unable to meet and confer with Plaintiff and require more time to do so before filing the joint status report and the joint proposed pretrial order. *Id.* 3-4. For good cause shown, the Court **GRANTS** Defendants' motion. Docket No. 61. The deadline to file a joint status report is **EXTENDED** to June 20, 2022, and the deadline to file a joint proposed pretrial order is **EXTENDED** to July 5, 2022.

IT IS SO ORDERED.

Dated: June 7, 2022

Nancy J. Koppe
United States Magistrate Judge