# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL WINN,<br><br>          Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br><br>          Defendants. | Case No. 2:19-cv-00613-KJD-NJK<br><br>**ORDER TO EXTEND DEADLINE TO FILE A JOINT PROPOSED PRETRIAL ORDER**<br>**(First Request)** |

Defendants James Dzurenda, Vangela Thompson, Ronald Oliver, Benjamin Estill, Jordan Evangelista, Robert Meares, and Jennifer Nash, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Manuel Winn, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate to extend the current deadline to file a Joint Proposed Pretrial Order, currently due July 5, 2022,[1] to August 1, 2022.

---
[1] ECF No. 62

Page **1** of 2

1  The matter has been resolved in its entirety; however, the conditions of the
2  resolution are not yet complete. The parties anticipate filing a Stipulation to Dismiss the
3  Case in the next thirty days. The request to extend the deadline will conserve judicial
4  resources as well as the time and expense of drafting documents that may no longer be
5  needed. This request is made in good faith and not for the purposes of delay.

DATED this ____ day of July, 2022.     DATED this __1st__ day of July, 2022.

AARON D. FORD
Attorney General

MANUEL WINN #76106                By: _____
Plaintiff, *Pro Se*                Lorin M. Taylor, (Bar No. 14958)
                                   *Attorneys for Defendant*

**ORDER**

A stipulation of dismissal must be filed no later than August 4, 2022.

**IT IS SO ORDERED.**

DATED July 5, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge