AARON D. FORD
  Attorney General
LORIN M. TAYLOR (Bar No. 14958)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-2389 (phone)
(702) 486-3773 (fax)
Email: lmtaylor@ag.nv.gov

*Attorneys for Defendants
James Dzurenda, Vangela Thompson,
Ronald Oliver, Benjamin Estill,
Jordan Evangelista, Robert Meares,
and Jennifer Nash*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL WINN, <br><br>           Plaintiff, <br><br> v. <br><br> JAMES DZURENDA, *et al.*, <br><br>           Defendants. | Case No. 2:19-cv-00613-KJD-NJK <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    Defendants James Dzurenda, Vangela Thompson, Ronald Oliver, Benjamin Estill, Jordan Evangelista, Robert Meares, and Jennifer Nash, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Manuel Winn, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 29 day of June, 2022.                    DATED this 14th day of ~~June~~ July, 2022.

AARON D. FORD
Attorney General

By: _____
Lorin M. Taylor, (Bar No. 14958)
Attorneys for Defendant

_____
MANUEL WINN #76106
Plaintiff, Pro Se

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____July 19_____, 2022.

_____
UNITED STATES DISTRICT JUDGE